**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6218

DAVID HENRY MILLER,

Plaintiff - Appellant,

versus

JIM HUNT, Governor; MIKE EASLEY; NORTH CARO-
LINA STATE BAR; FRANKLIN FREEMAN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Terrence W. Boyle, Chief Dis-
trict Judge.  (CA-00-810-5-BO)

Submitted:  April 12, 2001          Decided:  April 19, 2001

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Henry Miller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Henry Miller appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss this appeal as frivolous on the reasoning of the district court. <u>Miller v. Hunt</u>, No. CA-00-810-5-BO (E.D.N.C. Jan. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>